CLOTILDE ZAYAS RIVERA, por sí y como padre con patria potestad sobre sus hijos legítimos, los menores ORLANDO, RAFAEL y MIGUEL ÁNGEL ZAYAS GONZÁLEZ, demandante y apelante, *v.* IGNACIO LÓPEZ COLÓN, demandado y apelado.

No. 6966.—*Sometido:* Marzo 4, 1935. *Resuelto:* Marzo 8, 1935.

*Guerra-Mondragón & Soldevila,* abogados del apelante; *Wilson P. Colberg,* abogado del apelado.

El Juez Asociado Señor Córdova Dávila, emitió la opinión del tribunal.

Es éste un caso cuya vista fué señalada para el 21 de noviembre de 1934. En dicho día el demandante solicitó la suspensión del juicio, que fué decretada por la corte, fijándose las costas en la suma de $25, la que, por estipulación de las partes, "pagará el demandante dentro del plazo de 15 días, so pena de que, de no hacerse así, se tendrá por desistida de esta acción a dicha parte."

Transcurrido el plazo fijado por la corte con las prórrogas concedidas, el demandado solicitó que se tuviese por desistido al demandante. La corte inferior, de acuerdo con lo solicitado, dió por desistido al demandante de la acción ejercitada "con las costas de este litigio."

El demandado ha solicitado la desestimación de este recurso por entender que la sentencia dictada mediante estipulación no es apelable de acuerdo con la doctrina sentada por esta Corte en el caso de *Sanders Philippi* v. *Viuda de Baigés e Hijos,* 32 D.P.R. 855.

El demandante niega que se hubiese llevado a cabo estipulación alguna y alega que la corte de distrito no se limitó a declararle desistido del pleito sino que además le impuso el pago de las costas de este litigio y que la sentencia dictada con este pronunciamiento es apelable por tratarse de una cuestión no comprendida en la supuesta estipulación que invoca el apelado. A nuestro juicio, el demandante tiene razón. No puede decirse que la sentencia dictada es inapelable, aunque haya mediado convenio entre las partes, porque la corte condenó al demandante en términos generales a satisfacer las costas del pleito sin limitarse a dictar sentencia ajustándose estrictamente a la alegada estipulación.

*Debe declararse sin lugar la moción solicitando la desestimación del recurso.*